[S. F. No. 1257. Department Two.—April 6, 1900.]

WARREN & MALLEY, Respondents, v. JAY E. RUSSELL et al., Appellants.

STREET ASSESSMENT—FORECLOSURE—APPEAL—OBJECTIONS NOT SUSTAINED BY RECORD.—Upon appeal from a judgment foreclosing the lien of a street assessment, where the record of the cause does not sustain objections made by the defendant to the assesment, diagram, warrant, etc., which were *prima facie* proof of plaintiff's case, the judgment will be affirmed.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco and from an order denying a new trial. J. M. Seawell, Judge.

The facts are stated in the opinion of the court.

J. E. Russell, for Appellants.

J. C. Bates, for Respondents.

THE COURT.—This is an action to foreclose the lien of a street assessment for work done in grading at the corner of Greenwich and Polk streets, in San Francisco. Plaintiff, by the production and introduction of the assessment, warrant, etc., made *prima facie* proof of his cause and of his right to recover, and rested. The defendant, Russell, appearing in *propria persona*, was then sworn and gave testimony somewhat argumentative in its nature, from which it appears that he contended that at the time the grade of the street was established a small portion of the street containing seventy-two and a fraction square feet was held in private ownership. After diligent examination of the record upon appeal, we can find nothing in the nature of evidence sufficient to entitle the contention to a hearing. The same may be said of the second point urged upon this appeal, that the diagram for the work was incorrect and had been altered after its filing.

The judgment and order appealed from are therefore affirmed.

Hearing in Bank denied.